DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LINDA WILLIAMS,**
Appellant,

v.

**BROWARD COUNTY, FLORIDA,** o/b/o **BROWARD COUNTY TRANSIT,**
Appellee.

No. 4D2025-2010

[July 30, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne Elizabeth Fahnestock, Judge; L.T. Case No. 062023CA016735AXXXCE.

Cheryl Linton Robinson and Paula Artacho of Linton Robinson & Higgins, LLP, Miami, for appellant.

Andrew J. Meyers, Joseph K. Jarone, and Brandon Butterworth of Broward County Attorney's Office, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***